IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL A. WISE, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-C-1809-S |
| 10th JUDICIAL DISTRICT COURT SYSTEM, et al., | ) |
| Defendants. | ) |

FILED 99 SEP 29 PM 1:28 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED SEP 2 9 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 1, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) and (2) due to the fact that all of plaintiff's claims either fail to state a claim upon which relief can be granted or are asserted against defendants who are immune from damages liability. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 29th day of September, 1999.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE